IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jeffrey K. Bartels Del. ID # 2249
Kenneth William Richmond *pro hac vice*   Attorneys for Plaintiffs
401 South Maryland Avenue
Wilmington, DE 19804
302-995-6211

| | |
|---|---|
| Estate of William J. Cox, by<br>ANGELIA M. COX, Admin.<br>6415 Chew Avenue<br>Philadelphia, PA 19119<br>　　　Plaintiff<br>　　　v<br><br>Thomas L. Carroll, Warden<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977<br>　　　Defendant<br><br>&<br>First Correctional Medical-Delaware, LLC.<br>P. O. Box 69370<br>Tucson, Arizona 85737-0015<br>　　　Defendant<br><br>and<br>Commissioner Stanley Taylor<br>Delaware Department of Corrections<br>Administration Building<br>245 McKee Road<br>Dover, Delaware 19904<br>　　　Defendant<br>and<br><br>Joyce Talley, Bureau Chief of<br>Management Services<br>Delaware Department of Corrections<br>Administration Building<br>245 McKee Road<br>Dover, Delaware 19904<br>　　　Defendant | Civil Action No. 06-278 SLR<br><br>JURY TRIAL DEMANDED |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission of Kenneth William Richmond to represent the Plaintiffs in this matter.

/s/_____

Jeffrey K. Bartels, Esq. Del. Bar No. 2249
401 South Maryland Ave.
Wilmington, DE 19804
302-995-6211
ATTORNEY FOR THE PLAINTIFF

**ORDER GRANTING MOTION**

It is hereby Ordered that the Motion for Admission Pro Hac Vice is GRANTED.

Date:_____          By:_____
                                                                    J.

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *[signature]* Dated:   April 26, 2006

Kenneth William Richmond