# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF WILLIAM J. COX, | : | |
| by Angelia M. Cox, Administrator, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-278-SLR |
| | : | |
| THOMAS L. CARROLL, WARDEN, | : | |
| FIRST CORRECTIONAL MEDICAL – | : | |
| DELAWARE, LLC, | : | |
| COMMISSIONER STANLEY TAYLOR, | : | |
| JOYCE TALLEY, BUREAU CHIEF, | : | |
| | : | |
| Defendants. | : | |

## ANSWER BY STAN TAYLOR

Defendant Stan Taylor, by and through his attorney, answers the complaint as follows:

1. This is a legal contention for which no response is required.

2. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

3. Admitted.

4. Admitted that First Correctional Medical- Delaware, LLC ["FCM"] was the health services contractor under a contract between it and the State of Delaware, Department of Correction signed on June 17, 2002. As to the balance of the paragraph, answering defendant is without sufficient information to form a belief to the truth of the paragraph.

5. Admitted that Stanley Taylor was the Commissioner of the Department of Correction and signed the health service contract on the Department's behalf with FCM on or about June 17, 2002. It is denied that Stanley Taylor entered into a contract with FCM. As to the balance of the paragraph the contract documents speak for themselves.

6. Admitted that Joyce Talley is the Bureau Chief for the Bureau of management services. The Bureau administers the health service contract and other contracts on behalf of the Department of Correction. The balance of the paragraph is denied.

7. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

8. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

9. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

10. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

11. Answering defendant is without sufficient information to form a belief to the truth of the paragraph.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Please see response to No. 14.

18. Denied.

19. Denied.

## First defense

20. The complaint, in whole or in part, fails to state claim for which relief could be granted.

## Second Defense

21. The Court lacks subject matter jurisdiction pursuant to the Eleventh Amendment of the U.S. Constitution.

## Third Defense

22. The Court lacks jurisdiction under Article III, § 2, clause 2 of the U.S. Constitution.

## Fourth Defense

23. The complaint should be dismissed, in whole or in part, as plaintiff failed to properly exhaust his administrative remedies.

## Fifth Defense

24. The complaint should be dismissed as service of process was improper or insufficient.

### Sixth Defense

25. The Court lacks personal jurisdiction over defendants and the complaint should be dismissed.

### Seventh Defense

26. The matter is in whole, or in part, time barred under the appropriate statute of limitation, or repose or by some administrative time requirement.

### Eighth Defense

27. The answering defendant is entitled to official or legislative immunity and the matter should be dismissed.

### Ninth Defense

28. Any state law claims are barred by sovereign immunity and/or subject to further limitations pursuant to 10 *Del.C.* § 4001 et seq.

WHEREFORE, defendant Stan Taylor requests the Court grant judgment for all that is just and proper, to include dismissal of this suit with plaintiff to pay all costs, including attorney fees pursuant to 42 USC § 1988.

/s/ Marc P. Niedzielski
Marc P. Niedzielski
Bar I.D. 2616
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
marc.niedzielski@state.de.us
Attorney for Taylor

DATED: March 20, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WILLIAM J. COX,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    C.A.No. 06-278-SLR<br>: |
| THOMAS L. CARROLL, et al., | :<br>: |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the date indicated I electronically served a copy of the attached document on the following:

| | |
|---|---|
| Kenneth W. Richmond, Esq.<br>Pro Hac Vice<br>kennyrichmond@comcast.net | Dana Spring Monzo, Esq.<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>dmonzo@mccmck.com |
| Jeffrey K. Bartels, Esquire<br>401 South Maryland Avenue<br>Wilmington, DE 19804<br>Outlaw1@rcn.com | |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATED: March 20, 2007