*Jeffrey K. Bartels*

ATTORNEY AT LAW
401 SOUTH MARYLAND AVENUE
WILMINGTON, DELAWARE 19804

| TELEPHONE NUMBER | | FACSIMILE |
|---|---|---|
| (302) 995-6211 | | (302) 995-6388 |

March 22, 2007

Peter T. Dalleo, Clerk
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re: Estate of William J. Cox v First Correctional,et al.

        Case Number 06-278(SLR)

    PRAECIPE FOR THE ISSUANCE OF AN ALIAS SUMMONS

Sir,

    Kindly issue an alias CIVIL summons in the above matter for:

    FIRST CORRECTIONAL OF DELAWARE, LLC.

        Very truly yours,

        /s/_____
        Jeffrey K Bartels, Esq.
        Attorney for Plaintiff

JKB/ldw
cc: Kenneth W. Richmond