UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF WILLIAM J. COX, | : | |
| by Angelia M. Cox, Administrator, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-278-SLR |
| | : | |
| THOMAS L. CARROLL, WARDEN, | : | |
| FIRST CORRECTIONAL MEDICAL – | : | |
| DELAWARE, LLC, | : | |
| COMMISSIONER STANLEY TAYLOR, | : | |
| JOYCE TALLEY, BUREAU CHIEF, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree pursuant to Rule 41 to dismiss this matter with prejudice. Each party shall be responsible for their own costs including attorney fees

| | |
|---|---|
| /s/ Kenneth W. Richmond | /s/ Marc P. Niedzielski |
| Pro Hac Vice | Deputy Attorney General |
| /s/ Jeffrey K. Bartels | Carvel State Office Building – 6th Flr. |
| 401 South Maryland Avenue | 820 North French Street |
| Wilmington, DE 19804 | Wilmington, DE 19801 |
| Attorneys for Plaintiff | Attorney for Carroll, Taylor & Talley |

/s/ Daniel L. McKenty
Heckler & Frabizzio
P.O Box 128
Wilmington, DE 19899
Attorney for First Correctional Medical- Delaware, LLC

DATED: September 21, 2007